# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR1450-W |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| GONZALO TOPETE-SANTIAGO (1), | |
| Defendant. | |

FILED
MAY 2 1 2012
CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

   8 USC 1326(a) and (b) - Attempted ReEntry of Removed Alien

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/21/12

Thomas J. Whelan
U.S. District Judge